IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00277-RM-KMT

JAMES GERARD, JR. and MICHAEL COX, on behalf of themselves and all others similarly situated,

    Plaintiff,

v.

NEW ELK COAL COMPANY, LLC, and STRATEGIC STAFFING SOLUTIONS,

    Defendants.

## ORDER

This matter comes before the Court on Defendant New Elk Coal Company's Motion for Protective Order (Doc. No. 38, Filed June 11, 2013), and having considered the Motion, and being fully advised, and upon a showing of good cause in support of the motion hereby GRANTS the Motion. It is hereby ORDERED that the Subpoena served on TK Mining Services, LLC, be and hereby is quashed.

Dated this 12th day of June, 2013.

_[signature]_

Kathleen M. Tafoya
United States Magistrate Judge

{D0854914.3}