IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00277–RM–KMT

JAMES GERARD, JR., and
MICHAEL COX, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

NEW ELK COAL COMPANY, LLC,
STRATEGIC STAFFING SOLUTIONS, and
CLINE MINING CORPORATION,

    Defendants.

---

# ORDER

---

    This matter is before the court on review of the "Notice of Preliminary Injunction Order" and the "Preliminary Injunction Order Pursuant to Sections 1519, 1521(a)(7), and 105(a) of the Bankruptcy Code" filed on December 15, 2014 (Doc. No. 150 at 3-6.)

    Defendants Cline Mining Corporation and New Elk Coal Company, LLC, have filed petitions for relief under Chapter 15 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Colorado. Therefore, Section 362 of the United States Bankruptcy Code applies with respect to Defendants Cline Mining Corporation and New Elk Coal Company, LLC, and the property of these defendants. 11 U.S.C. § 1520(a). Section 362(a) of the Bankruptcy Code provides

> Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title, or . . . operates as a stay, applicable to all entities, of (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title.
>
> ***
>
> (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate. . . .

Title 11 U.S.C. § 362(a).  Accordingly, the bankruptcy proceedings preclude continuing this litigation with respect to Defendants Cline Mining Corporation and New Elk Coal Company, LLC.

It is therefore **ORDERED** that all proceedings against Defendants Cline Mining Corporation and New Elk Coal Company, LLC, are **STAYED** unless and until relief from the automatic stay in Bankruptcy Case Nos. 14-26132EEB and 14-26133EEB is granted.

Defendants Cline Mining Corporation and New Elk Coal Company, LLC, are **ORDERED** to file a status report in this case within ten days of any relief from stay in the bankruptcy case.

Dated this 5th day of January, 2015.

BY THE COURT:

Kathleen M Tafoya
United States Magistrate Judge